B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Countryview MHC Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4003539** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**875 N. Michigan Ave., Suite 3800**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1199 Hospital Road**<br>**Franklin, IN 46131** |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Countryview MHC Limited Partnership** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Countryview MHC Limited Partnership** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X**  **/s/ EUGENE CRANE**<br>Signature of Attorney for Debtor(s)<br><br>**EUGENE CRANE 0537039**<br>Printed Name of Attorney for Debtor(s)<br><br>**Crane, Heyman, Simon, Welch & Clar**<br>Firm Name<br><br>**Suite 3705**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603-4297**<br>Address<br><br>**312-641-6777  Fax: 312-641-7114**<br>Telephone Number<br><br>**November 29, 2010**<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ Richard J. Klarchek**<br>Signature of Authorized Individual<br><br>**Richard J. Klarchek**<br>Printed Name of Authorized Individual<br><br>**Designated Representative**<br>Title of Authorized Individual<br><br>**November 29, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Countryview MHC Limited Partnership**　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Artesian Water Laboratory**<br>4321 E. Third St.<br>Bloomington, IN 47401-5551 | **Artesian Water Laboratory**<br>4321 E. Third St.<br>Bloomington, IN 47401-5551 | | | **719.00** |
| **Barger Contracting**<br>879 Waterway Dr.<br>Franklin, IN 46131 | **Barger Contracting**<br>879 Waterway Dr.<br>Franklin, IN 46131 | | | **1,406.88** |
| **CenturyLink**<br>PO Box 2961<br>Phoenix, AZ 85062-2961 | **CenturyLink**<br>PO Box 2961<br>Phoenix, AZ 85062-2961 | | | **453.19** |
| **City of Franklin**<br>P:O Box 697<br>Franklin, IN 46131-0697 | **City of Franklin**<br>P:O Box 697<br>Franklin, IN 46131-0697 | | | **24,125.12** |
| **Clean Quest**<br>4455 Liberty Loop<br>Martinsville, IN 46151 | **Clean Quest**<br>4455 Liberty Loop<br>Martinsville, IN 46151 | | | **1,800.00** |
| **Commercial Sewer Cleaning Co.**<br>5838 S. Harding St.<br>Indianapolis, IN 46217 | **Commercial Sewer Cleaning Co.**<br>5838 S. Harding St.<br>Indianapolis, IN 46217 | | | **435.00** |
| **Duke Energy**<br>PO Box 9001084<br>Louisville, KY 40290-1084 | **Duke Energy**<br>PO Box 9001084<br>Louisville, KY 40290-1084 | Accts. ending<br>1-05-0 (Clubhouse)<br>1-03-6 (Office)<br>1-05-1 (Sign)<br>0-01-6 (Pool) | | **1,325.38** |
| **First Advantage Saferent DBA CoreLogic Saferent**<br>PO Box 402453<br>Atlanta, GA 30384-2453 | **First Advantage Saferent DBA CoreLogic Saferent**<br>PO Box 402453<br>Atlanta, GA 30384-2453 | | | **1,446.08** |
| **Great American Business Products**<br>6701 Concord Park Drive<br>Houston, TX 77040-9802 | **Great American Business Products**<br>6701 Concord Park Drive<br>Houston, TX 77040-9802 | | | **832.15** |
| **Heartland Ready Mix**<br>6002 N. Michigan Road<br>Indianapolis, IN 46228 | **Heartland Ready Mix**<br>6002 N. Michigan Road<br>Indianapolis, IN 46228 | | | **7,919.35** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Countryview MHC Limited Partnership**            Case No. _____

                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| In the Swim DBA Cortz Inc. 320 Industrial Drive West Chicago, IL 60185 | In the Swim DBA Cortz Inc. 320 Industrial Drive West Chicago, IL 60185 | | | 572.88 |
| Indiana American Water PO Box 94451 Palatine, IL 60094-4551 | Indiana American Water PO Box 94451 Palatine, IL 60094-4551 | | | 3,604.90 |
| Lynns Transports & Service 4946 Old Smith Valley Road Greenwood, IN 46143 | Lynns Transports & Service 4946 Old Smith Valley Road Greenwood, IN 46143 | | | 10,716.00 |
| MB Financial Bank PO Box 790408 Saint Louis, MO 63179-0408 | MB Financial Bank PO Box 790408 Saint Louis, MO 63179-0408 | | | 10,006.45 |
| Mister Quik Home Services 4355 Lafayette Blvd. Indianapolis, IN 46254 | Mister Quik Home Services 4355 Lafayette Blvd. Indianapolis, IN 46254 | | | 903.90 |
| Nelson Alarm Company 2602 E. 55th Street Indianapolis, IN 46220 | Nelson Alarm Company 2602 E. 55th Street Indianapolis, IN 46220 | | | 420.00 |
| Peters & Steel, LLC 8902B Otis Ave., Suite 200 Indianapolis, IN 46216 | Peters & Steel, LLC 8902B Otis Ave., Suite 200 Indianapolis, IN 46216 | | | 980.50 |
| Republic Services 832 Langsdale Ave. Indianapolis, IN 46202-1150 | Republic Services 832 Langsdale Ave. Indianapolis, IN 46202-1150 | Acct. Nos. ending 2397 4849 and 2839 | | 1,296.36 |
| Suburban Glass Service, Inc. 5999 N. U.S. 31 Whiteland, IN 46184-9681 | Suburban Glass Service, Inc. 5999 N. U.S. 31 Whiteland, IN 46184-9681 | | | 2,063.47 |
| WR Johnson Enterprises 177 W. Division Rd. Franklin, IN 46131 | WR Johnson Enterprises 177 W. Division Rd. Franklin, IN 46131 | | | 4,822.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Designated Representative of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 29, 2010**            Signature  **/s/ Richard J. Klarchek**
                                                                              **Richard J. Klarchek**
                                                                          **Designated Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Countryview MHC Limited Partnership**                                 Case No.
                                                    Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **40**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 29, 2010**                 **/s/ Richard J. Klarchek**
                                              **Richard J. Klarchek**/**Designated Representative**
                                              Signer/Title

Artesian Water Laboratory
4321 E. Third St.
Bloomington, IN 47401-5551

Bank of America as Trustee
c/o Baker & Daniels LLP
300 N. Meridian St., #2700
Indianapolis, IN 46204

Bank of America as Trustee
c/o Baker & Daniels LLP
600 E. 96th St., #600
Indianapolis, IN 46240

Barger Contracting
879 Waterway Dr.
Franklin, IN 46131

Bouncers R Us Party Rentals
1739 Industrial Drive, Suite B
Greenwood, IN 46143

CenturyLink
PO Box 2961
Phoenix, AZ 85062-2961

City of Franklin
P:O Box 697
Franklin, IN 46131-0697

Clean Quest
4455 Liberty Loop
Martinsville, IN 46151

Comcast Cable
PO Box 3006
Southeastern, PA 19398-3006

Commercial Maintenance
Chemical Corp.
43 Heisser Court
Farmingdale, NY 11735

Commercial Sewer Cleaning Co.
5838 S. Harding St.
Indianapolis, IN 46217

Countryview MHC Corp.
c/o Alex Vercillo
875 N. Michigan Ave., #3800
Chicago, IL 60611

Douglas HVAC DBA
Trent Douglas
5285 W. 550 South
Trafalgar, IN 46181

Duke Energy
PO Box 9001084
Louisville, KY 40290-1084

First Advantage Saferent DBA
CoreLogic Saferent
PO Box 402453
Atlanta, GA 30384-2453

Great American Business Products
6701 Concord Park Drive
Houston, TX 77040-9802

Gurney J. Bush, Inc.
PO Box 21398
Indianapolis, IN 46221

Heartland Ready Mix
6002 N. Michigan Road
Indianapolis, IN 46228

In the Swim DBA
  Cortz Inc.
320 Industrial Drive
West Chicago, IL 60185

Indiana American Water
PO Box 94451
Palatine, IL 60094-4551

Industrial Chem. Labs &
  Services Inc.
55-G Brook Ave.
Deer Park, NY 11729-7200

Johnson County REMC
PO Box 7131
Indianapolis, IN 46207-7131

Johnson County Treasurer
86 W. Court St.
Franklin, IN 46131

Koorsen Protection Service
2719 N. Arlington Ave.
Indianapolis, IN 46218-3322

Lynns Transports & Service
4946 Old Smith Valley Road
Greenwood, IN 46143

MB Financial Bank
Attn: Anrita Brown
6111 N. River Road
Des Plaines, IL 60018

MB Financial Bank
PO Box 790408
Saint Louis, MO 63179-0408

Mister Quik Home Services
4355 Lafayette Blvd.
Indianapolis, IN 46254

Nelson Alarm Company
2602 E. 55th Street
Indianapolis, IN 46220

Pauls Glass
101 N. Meridan Street
Greenwood, IN 46142

Peters & Steel, LLC
8902B Otis Ave., Suite 200
Indianapolis, IN 46216

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quill.com
PO Box 37600
Palatine, IL 60094-4080

Republic Services
832 Langsdale Ave.
Indianapolis, IN 46202-1150

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Suburban Glass Service, Inc.
5999 N. U.S. 31
Whiteland, IN 46184-9681

Vectren Energy Delivery
PO Box 6248
Indianapolis, IN 46206-6248

Wainscott Leak Detection, Inc.
6124 Schoolwood Dr.
Indianapolis, IN 46224

Wolin Kelter & Rosen, Ltd.
55 W. Monroe St., #3600
Chicago, IL 60603

WR Johnson Enterprises
177 W. Division Rd.
Franklin, IN 46131