UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-52722 |
| Countryview MHC Limited Partnership, an | ) | |
| Illinois limited partnership | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

ORDER AUTHORIZING INTERIM USE OF
CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Emergency Motion of Countryview MHC Limited Partnership, an Illinois limited partnership, Debtor/Debtor-in-Possession ("Debtor") herein, for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral during the period December 2, 2010, through December 31, 2010, to the extent set forth on Exhibit A hereto, plus no more than 10% of the total proposed expense payments, unless otherwise agreed by Bank of America, as successor by merger to LaSalle Bank National Association, in its capacity as Trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2006-C4, Commercial Mortgage Pass-Through Certificates, Series 2006-C4 ("Lender"), or upon further Order of this Court;

B) In return for the Debtor's continued interim use of cash collateral, Lender is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;
2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;
3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;
4. The Debtor will properly maintain the Property in good repair and properly manage such Property; and
5. The Lender will be granted post-petition replacement liens in the cash collateral generated by the Debtor post-petition to the extent, priority and validity of the Lender's pre-petition liens in its pre-petition cash collateral to the extent that the value of that pre-petition cash collateral diminishes post-petition.

C) A final hearing on the Motion is scheduled before this Court on December _16_, 2010, at _10:30_ a.m.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 12/2/10

**Prepared by counsel of Movant:**

DEBTOR'S COUNSEL:
Eugene Crane
(Atty. No. 0537039)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705

Rev: 20101008_bko

# EXHIBIT A

**Countryview Estates MHC, LLC**
**December Cash Budget**

| | Budget December |
|---|---:|
| Cash Balance | $500 |
| ****Income**** | |
| Rental Income | $85,000 |
| (Includes Rent, NSF Fees, Late Chgs Water Recovery, Misc. Income) | |
| Total Net Rental Revenue | 85,000 |
| Total Income | 85,000 |
| ****Expenses***** | |
| Operating Expenses | |
| Payroll Expenses (Reimburse to Capital First Realty) | |
| Salaries, Manager | 3,231 |
| Salaries, Office | 1,685 |
| Salaries, Maintenance | 3,887 |
| Salaries, Sales/Leasing | 2,154 |
| ADP Processing Expense | 54 |
| Payroll Tax Expense | 1,013 |
| Employee Insurance Expense | 125 |
| Total Payroll Expenses | 12,149 |
| Other Operating Expenses | |
| R&M Expense | 500 |
| Gasoline | 200 |
| Utilities - Gas | 650 |
| Utilities - Electric | 750 |
| Utilities - Water & Sewer | 7,000 |
| Scavenger | 650 |
| Telephone | 750 |
| Office Expense | 750 |
| Postage | 75 |
| Advertising | 500 |
| Property Insurance (Reimburse Capital First Realty) | 1,124 |
| Real Estate Tax Escrow | 8,307 |
| Bank Charges | 500 |
| Total Other Operating Expense | 21,756 |
| Total Operating Expense | 33,905 |
| Net Operating Income | 51,095 |
| Other Expenses | |
| Landscaping & Other Improvements | 750 |
| Miscellaneous Expenses | 2,500 |
| Management Fees | 3,400 |
| Total Expenses | 3,400 |
| Net Cash Flow | $47,695 |
| Ending Cash Balance | $48,195 |